

IT IS SO ORDERED.
Signed August 2, 2013

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| DAVID JOSEPH GIAMBRUNO | ) | Case No. 12-50664 ASW |
| | ) | |
| Debtor | ) | |

**FINAL DECREE**

The estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtor and the bond is canceled.

* * * END OF ORDER * * *